IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARY JANE BEAUREGARD, On Behalf of Herself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>SMART ONLINE, INC., DENNIS MICHAEL NOURI, REEZA ERIC NOURI, HENRI NOURI, JEFFREY W. LEROSE, THOMAS P. FURR, MAXIM GROUP, LLC, and JESUP & LAMONT SECURITIES CORP.,<br><br>       Defendants. | Civ. No. 1:07-cv-785 |

**DECLARATION OF DAVID A.P. BROWER IN SUPPORT OF PLAINTIFF MARY JANE BEAUREGARD'S OPPOSITION TO THE MOTION OF DEFENDANT SHERB & CO., LLP FOR ADDITIONAL BRIEFING**

I, David A.P. Brower, hereby declare under the penalty of perjury, as follows:

1. I am a principal of Brower Piven, A Professional Corporation ("Brower Piven"). My firm is counsel in the above captioned action for Lead Plaintiff Mary Jane Beauregard. I submit this declaration in support of Plaintiff Mary Jane Beauregard's Opposition to the Motion of Defendant Sherb & Co., LLP for Additional Briefing.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the status conference hearing held before this Court on September 22, 2011.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 30th day of December 2011 in New York, New York.

David A.P. Brower