IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARY JANE BEAUREGARD, on behalf  )
of herself and all others        )
similarly situated,              )
                                 )
            Plaintiffs,          )
                                 )
   v.                            )      1:07CV785
                                 )
SMART ONLINE, INC., DENNIS       )
MICHAEL NOURI, REEZA ERIC        )
NOURI, et al.,                   )
                                 )
            Defendants.          )
```

### ORDER GRANTING CONSENT MOTION
### TO EXCEED PAGE LIMITATIONS

This matter comes before the court upon Plaintiff's Consent Motion to Exceed Page Limitations (Doc. 137). Having reviewed the motion and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion to exceed page limitations (Doc. 137) is **GRANTED** and that Plaintiff is allowed to exceed the twenty-page limit in her Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Second Partial Class Settlement, Plan of Allocation, and Reimbursement of Expenses by fifteen (15) pages for a total of thirty-five (35) pages.

This the 5th day of February, 2013.

                                                /s/ William L. Osteen, Jr.
                                                United States District Judge